# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff/respondent<br><br>v.<br><br>Pius Sushil Wilson,<br><br>    Defendant/petitioner | Case No.: 2:17-cr-00306-JAD-MDC-23<br><br>**Order Directing Response and Setting Briefing Schedule** |

Defendant Pius Sushil Wilson filed a 28 U.S.C. § 2255 petition, arguing that his sentence should be vacated or reduced.[1]  A response from the government appears warranted.

IT IS THEREFORE ORDERED that the government must file a response to Wilson's petition by Monday, December 21, 2025.  Wilson will then have 21 days from service of the answer to file a reply.

Dated: November 21, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1165.