# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Pius Sushil Wilson, et al.,

    Defendants

Case No. 2:17-cr-00306-JAD-MDC

**Order**

ECF Nos. 1168, 1172

Pius Sushil Wilson pled guilty to racketeering conspiracy in 2021 for his role in an identity-theft and financial-fraud scheme, and he was sentenced to 84 months in prison. Wilson has filed a pro se motion for relief under 28 U.S.C. § 2255, claiming that his defense attorney failed to advise him of his risk of deportation.[1] He asks the court to expedite the ruling on that motion,[2] but he has also asked for a 30-day extension of his deadline to file a reply brief.[3] The government has notified the court that it does not oppose that extension.[4]

With good cause appearing, I grant Wilson's motion to extend time, extending his reply-brief deadline from January 12, 2026,[5] to February 11, 2026. But I deny Wilson's request to expedite a ruling in these post-trial proceedings because this matter is still being briefed and Wilson himself has requested a time extension.

---

[1] ECF No. 1165.

[2] ECF No. 1168.

[3] ECF No. 1172.

[4] ECF No. 1173.

[5] This court's briefing order gave Wilson 21 days for reply. *See* ECF No. 1166.

IT IS THEREFORE ORDERED that Wilson's motion to extend his reply deadline **[ECF No. 1172] is GRANTED**; **Wilson's deadline to file a reply** in support of his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 **is extended to February 11, 2026.**

IT IS FURTHER ORDERED that Wilson's motion to expedite these proceedings **[ECF No. 1167] is DENIED.**

_____
U.S. District Court Judge   1/23/26

2